UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

KENDRA JONES, Individually and as
Personal Representative on Behalf of
the Wrongful Death Beneficiaries of
TYRONE JONES, Deceased                                                                                                       PLAINTIFF

vs.                                                                 Civil No. 3:23-cv-00455-GHD-JMV

QUITMAN COUNTY, MISSISSIPPI, et al.                                          DEFENDANTS

## ORDER

Pursuant to an opinion issued this day, it is hereby ORDERED that:

(1)      Defendants Quitman County, Mississippi; Sheriff Oliver Parker, Jr.; Chief Deputy Peter Clinton; and Deputy Willie Horhn's Motion for Summary Judgment [Doc. No. 118] is **GRANTED**.

(2)      Plaintiff Kendra Jones's Motion to Strike [128] is **DENIED**;

(3)      Defendants' Motion to Strike Plaintiff's Inadmissible Exhibits to Her Summary Judgment Response [168] is **GRANTED IN PART** and **DENIED IN PART**; the motion is **GRANTED** as to those portions of Maurice Jones's affidavit [126-8] specified in the corresponding opinion; the affidavits of Kendra Jones [126-9] and Jennett Gant [126-11]; and the depositions of Sheriff Parker [126-7], Administrator Mabry [126-14], and Marvin Pryor; and these are stricken [126-19]. The Motion is **DENIED** as to Plaintiff's Graceland Recovery Records [133-6] and Rehab Discharge Documents [133-20] exhibits.

All memoranda, depositions, declarations, and other materials considered by the Court in ruling on these motions are hereby incorporated into and made a part of the record in this action.

SO ORDERED, this, the   6th   day of January, 2025.

                                                                          SENIOR U.S. DISTRICT JUDGE